THE LAW OFFICES OF PATRICK DRISCOLL, LLC
PATRICK R. DRISCOLL, JR., ESQ.
Nevada Bar No. 010877
1810 E. Sahara, Suite 141
Las Vegas, Nevada 89104
Telephone: (702) 388-8300
Facsimile: (702) 369-1290
Email: pdriscoll@patrickdriscolllaw.com
Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DAVID ALAN PEATTIE<br><br>    Debtor<br><br><br>SHIFT4 CORPORATION, a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID PEATTIE, an individual,<br><br>    Defendant. | CASE NO. 09-33149<br>Chapter: 7<br><br><br><br><br>Adv. Case No. 10-01095<br><br><br><br>DATE: April 14, 2010<br>TIME: 9:30 a.m. |

**<u>CERTIFICATE OF SERVICE</u>**

1.  On March 12, 2010, I served the following documents:

    Notice of Amendments(s) to Affected Parties

2.  I served the above named document(s) by the following means to the persons as listed below:

    ☒  **a.  ECF System.** See attached Notice of Electronic Filing,

    ☐  **b.  United States mail, postage full prepaid, to the following:**

☐   **c.**   **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   **d.**   **By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   **e.**   **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   **f.**   **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of March, 2010.

/s/ Patrick Driscoll
_____
Patrick R. Driscoll, an employee of
The Law Offices of Patrick Driscoll, LLC

*THE LAW OFFICES OF*
*PATRICK DRISCOLL, LLC*
*1810 E. Sahara, Suite 141*
Las Vegas, Nevada 89104
(702) 388-8300